**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       In re Victor Keith Wilson

Appellate case number:    01-20-00557-CR

Trial court case number:  95CR0904

Trial court:              10th District Court of Galveston County

It is ordered that relator's motion for rehearing is DENIED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                 Acting for the Court

Panel consists of Justices Keyes, Lloyd, and Landau

Date: _____December 3, 2020_____